IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LITHERO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-2320 |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT AND RELATED DOCUMENTS UNDER SEAL**

Before the Court is Plaintiff Lithero, LLC's Motion for Leave to File Complaint and related documents under seal. After considering the Motion, the Court finds that the motion should be GRANTED. It is hereby ORDERED that Plaintiff may file its Complaint and related documents under seal.

DATED: 12-20-19

_____
UNITED STATES DISTRICT JUDGE