# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITHERO, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>ASTRAZENECA<br>PHARMACEUTICALS LP,<br><br>            Defendant. | :<br>:<br>:<br>:  Case No. 19-2320-RGA<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MOTION TO DISMISS**

AstraZeneca Pharmaceuticals LP moves under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing the Complaint (D.I. 2) filed by Lithero, LLC in the above-captioned action, and all claims asserted in the Complaint, with prejudice. The grounds for this motion are set forth in the opening brief accompanying this motion.

Dated: February 3, 2020

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Alex M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel.: (302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendant*